UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Garry Jermaine Alford**            **Docket No. 5:03-CR-81-1BO**

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Garry Jermaine Alford, who, upon an earlier plea of guilty to 21 U.S.C. § 841 (a)(1) & 846, Conspiracy to Distribute and Possess with the Intent to Distribute at Least 50 Grams of Cocaine Base (crack), was sentenced by the Honorable Terrence W. Boyle, on August 26, 2003, to the custody of the Bureau of Prisons for a term of 200 Months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On February 12, 2015, based on a Rule 3582 (c)(2) motion, the term of imprisonment was reduced to 144 months.

Garry Jermaine Alford was released from custody on October 30, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Alford tested positive for cocaine use during a urinalysis test on February 11, 2016. This is his first time testing positive for an illicit substance since being on supervised release. The defendant shall remain in surprise urinalysis testing as originally ordered. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt            /s/ Lee Holmes
Robert K. Britt            Lee Holmes
Senior U.S. Probation Officer            Probation Officer
           310 Dick Street
           Fayetteville, NC 28301-5730
           Phone: 910-354-2568
           Executed On: February 29, 2016

Garry Jermaine Alford
Docket No. 5:03-CR-81-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___1___ day of __March__, 2016 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge