UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Garry Jermaine Alford**　　　　　　　　　　　　　**Docket No. 5:03-CR-81-1BO**

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Garry Jermaine Alford who, upon an earlier plea of guilty to 21 U.S.C. §§ 841(a)(1)&846, Conspiracy to Distribute and Possess with the Intent to Distribute at Least 50 Grams of Cocaine Base (crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on August 26, 2003, to the custody of the Bureau of Prisons for a term of 200 months. It was further ordered that upon release from imprisonment the defendant be placed on supervision for a period of 60 months. On February 12, 2015, based on a Rule 3582 (c)(2) motion, the term of imprisonment was reduced to 144 months.

Garry Jermaine Alford was released from custody on October 30, 2015, at which time the term of supervised release commenced. On March 1, 2016, as a result of cocaine use, the court modified the conditions of supervision to include 2 days in jail.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 24, 2016, and April 11, 2016, the defendant submitted positive urinalyses for cocaine. As a result, we will refer the defendant for substance abuse counseling. We will continued to monitor his use through the surprise urinalysis program. As a sanction for this conduct, we are recommending that the conditions of supervision be modified to include 5 days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　　/s/ Lee Holmes
Eddie J. Smith　　　　　　　　　　　　　　　　 Lee Holmes
U.S. Probation Officer　　　　　　　　　　　　　Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2568
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: April 27, 2016

Garry Jermaine Alford
Docket No. 5:03-CR-81-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __27__ day of __April__, 2016 and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge